**ZHONGMING ZHOU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 13–71601.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 15, 2014.

Scott Eric Bratton, Margaret W. Wong & Associates, Cleveland, OH, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dana Michelle Camilleri, OIL, Joanna L. Watson, Trial, U.S. Department of Justice, Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Zhongming Zhou, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings sua sponte. We dismiss the petition for review.

As Zhou acknowledges in his opening brief, we lack jurisdiction to review the BIA's discretionary decision not to reopen removal proceedings sua sponte. *See Mejia–Hernandez v. Holder*, 633 F.3d 818, 823–24 (9th Cir.2011).

In light of our disposition, we do not reach Zhou's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).